FILED
CLERK, U.S. DISTRICT COURT

JAN 8 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES YANCY,<br><br>        Plaintiff,<br><br>    v.<br><br>MIKE CORONA, et al.,<br><br>        Defendants. | No. SACV 05-585-JFW(CW)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the entire record in this action, as well as the Report and Recommendation of the United States Magistrate Judge. Although plaintiff was granted an extension of time in which to file objections to the Report and Recommendation, no objections have been filed and the time allotted has expired.

    **IT IS ORDERED**: (1) that the Report and Recommendation of the United States Magistrate Judge be accepted; and (2) that judgment be entered dismissing this action, without prejudice, for failure to prosecute and on the grounds discussed in the Memorandum and Order of September 17, 2007.

1      **IT IS FURTHER ORDERED** that this order and the judgment herein be
2 served on the parties.

4 DATED: _____

                                      JOHN F. WALTER
                                    United States District Judge