FILED
CLERK, U.S. DISTRICT COURT
JAN 8 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

Priority ✓
Send ✓
Enter ✓
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES YANCY, | ) | No. SACV 05-585-JFW(CW) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| MIKE CORONA, et al., | ) | |
| Defendants. | ) | |

**IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: _____1/8/08_____

_____
JOHN F. WALTER
United States District Judge